1

2

3

4

5

6

7                              IN THE UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   YOUNG YIL JO,                                  1:07-cv-01641-AWI DLB-(PC)

11            Plaintiff,              _____ORDER DISMISSING ACTION

12        vs.

13   SIX UNKNOWN NAMES AGENTS, et al.,

14            Defendants.

15   _____/

16        Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional

17   Institution in Greenville, Illinois.  To date, plaintiff has filed more than fifty civil cases in this district.

18   Twelve of the cases were transferred to the United States District Court for Minnesota because venue

19   was improper in this district.[1]  Based on those transfers, plaintiff was placed on notice that cases in

20   which he named as defendants  T. C. Outlaw, George W. Bush, Bill Clinton, John Ashcroft, and/or Janet

21   Reno should not be filed in this district.

22        Plaintiff has begun to file new cases naming "Six Unknown Agents" as defendants.  Plaintiff's

23   allegations, however, are the same as those in which he previously named Bush, Clinton, Ashcroft, et.

24

25   _____

26        [1] The court takes judicial notice of the court records in CV-F-03-5023 OWW TAG P Jo v. Bush, CV-F-03-5168
     REC LJO P Jo v. Outlaw, CV-F-03-5281 AWI LJO P Jo v. Outlaw, CV-F-03-5544 AWI HGB P Jo v. Outlaw, CV-F-03-5799
27   REC SMS P Jo v. Outlaw, CV-F-03-5913 OWW LJO P Jo v. Outlaw, CV-F-03-6115 REC DLB P Jo v. Outlaw, CV-F-03-
     6301 OWW LJO P Jo v. Outlaw, CV-F-03-6519 AWI SMS P Jo v. Bush, CV-F-04-5223 AWI SMS P Jo v. Bush, CV-F-04-
28   5381 OWW HGB P Jo v. Bush, and CV-F-04-5825 OWW LJO P Jo v. Bush.

                                               1

1   al.  Plaintiff's persistence in filing cases in this district despite the lack of proper venue is in bad faith

2   and is vexatious.[2]  For this reason, the court declines to transfer this case and shall instead dismiss it,

3   without prejudice.  <u>Costlow v. Weeks</u>, 790 F.2d 1486, 1488 (9th Cir. 1986) (court may raise defective

4   venue *sua sponte*).

5          Accordingly, this action is HEREBY ORDERED DISMISSED, without prejudice, for lack of

6   venue.

7

8   IT IS SO ORDERED.

9   **Dated:    November 20, 2007**                          **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23   _____

24       [2] As further evidence of plaintiff's bad faith and vexatiousness, the court takes judicial notice of the court records
     in case numbers CV-F-04-5298 AWI SMS P <u>Jo v. Bush</u>, CV-F-04-5336 REC LJO P <u>Jo v. Bush</u>, CV-F-04-5540 OWW SMS
     P <u>Jo v. Holderman</u>, CV-F-04-5800 OWW WMW P <u>Jo v. Bush</u>, CV-F-04-5865 AWI WMW P <u>Jo v. Bush</u>, CV-F-04-5934

25   REC SMS P <u>Jo v. Bush</u>, CV-F-04-5962 REC DLB P <u>Jo v. Bush</u>, CV-F-04-5985 OWW LJO P <u>Jo v. Bush</u>, CV-F-04-6064
     AWI WMW P <u>Jo v. Bush</u>, CV-F-04-6087 AWI DLB P <u>Jo v. Bush</u>, CV-F-04-6273 AWI LJO P <u>Jo v. Bush</u>, CV-F-04-6356

26   OWW SMS P <u>Jo v. Bush</u>, CV-F-04-6411 AWI WMW P <u>Jo v. Bush</u>, CV-F-04-6521 OWW DLB P <u>Jo v. Bush</u>, CV-F-04-6543
     OWW DLB P <u>Jo v. Bush</u>, and CV-F-04-6576 AWI DLB P <u>Jo v. Bush</u>.  These sixteen cases were dismissed on the same

27   ground that the instant action is dismissed - lack of venue where plaintiff is already on notice that venue is incorrect in this
     district.

28